UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Hammond DIVISION

ANTHONY WILLIAMS

v.   Civil No. 2:03-CV-104

TRUMP HOTEL CASINO

**<u>ORDER</u>**

The court has been advised that this action cannot proceed to trial and disposition for the following reason:

Defendant has filed Bankruptcy

Therefore, it is ordered that the clerk of the court mark this action closed for statistical purposes and,

It is further ordered that the court shall retain jurisdiction and that this case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

Enter:  March 9, 2005.

s/Andrew P. Rodovich
Andrew P. Rodovich, Judge
United States District Court